UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALEX SILVAGNOLI

                          Plaintiff,

vs.                                     9:07-CV-0561

BRIAN FISCHER, *Commissioner of DOCS*;
Dr. LESTER WRIGHT, *Associate Comm./*
*Chief Medical Examiner*; KENNETH PERLMAN;
*Midstate Superintendent;* and S. NEAFACH; *Midstate*
*Correctional Facility Counselor,*

                          Defendants.
_____

**APPEARANCES:**                       **OF COUNSEL:**

Alex Silvagnoli
94-A-6046
Cayuga Correctional Facility
P.O. Box 1186
Moravia, NY 13118
Plaintiff, *Pro Se*

Hon. Andrew M. Cuomo                 Justin C. Levin, Esq.
Attorney General for the State of New York    Assistant Attorney General
The Capitol
Albany, NY 12224
Counsel for Defendants

**Norman A. Mordue, Chief U. S. District Judge**

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge

Andrew T. Baxter, duly filed on the 1st day of March 2010.  Following fourteen days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 38) is granted and the complaint is dismissed in its entirety. The Clerk shall enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 22, 2010
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge